**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KING VISION PAY-PER-VIEW, LTD : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No.: 02-CV-3777 |
| : | |
| 6208 BAR, INC. d/b/a PONY TRAIL : | |
| LOUNGE & RANDOLPH FISHER : | |
| & PEGGY FISHER, IND. & AS : | |
| PRINCIPLES OF 6208 BAR, INC., : | |
| d/b/a PONY TRAIL LOUNGE : | |
| Defendants. : | |

**ANSWER OF DEFENDANT, RANDOLPH FISHER,**
**INDIVIDUALLY & d/b/a PONY TRAIL LOUNGE**

1.    Admitted.

2.    Admitted.

3.    Admitted that the Court has personal jurisdiction over Answering Defendants. The remaining averments of this paragraph are denied.

4.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and the same are therefore deemed denied.

5.    Denied. Answering Defendants have no connection factually or legally to an entity named 6208 Bar, Inc.

6.    Denied. Defendant, Peggy Fisher is deceased. By way of further answer, Randolph Fisher has no connection factually or legally to an entity known as

6208 Bar, Inc.  By way of further answer still, Randolph Fisher conducts business as Pony Trail Lounge.

## **COUNT I**

7.      Answering Defendants hereby incorporate by reference their answers to paragraphs one (1) through six (6) above as if set forth herein at length.

8.      Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and the same are therefore deemed denied.

9.      Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and the same are therefore deemed denied.

10.      Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and the same are therefore deemed denied.

11.      Denied.

12.      Denied.

13.      This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

14.      This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

15.      Denied.

16.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

## **COUNT II**

17.    Answering Defendants incorporate by reference their answers to paragraphs one (1) through sixteen (16) as though fully set forth herein at length.

18.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

19.    Denied.

20.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

21.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

22.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

23.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

24.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

## **COUNT III**

25.    Answering Defendants incorporate by reference their answers to paragraphs one (1) through Twenty-five (25) as though fully set forth herein at length.

26.    Denied.

27.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

28.    Denied.

29.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

30.    This paragraph sets forth conclusions of law to which no response is required.  This averment is therefore deemed denied.

WHEREFORE, Answering Defendants request that judgement be entered in their favor and against Plaintiff.

**ZARWIN, BAUM, DeVITO, KAPLAN,
O'DONNELL & SCHAER, P.C.**


BY:_____
    **JOHN R. O'DONNELL, ESQ.
    Suite 1200 – 1515 Market Street
    Philadelphia, PA  19102
    (215) 569-2800
    Attorneys for Defendants,
    Randolph Fisher, Individually
    & d/b/a Pony Trail Lounge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING VISION PAY-PER-VIEW, LTD : <br>
        Plaintiff, : <br>
:     CIVIL ACTION <br>
    v. :     No.: 02-CV-3777 <br>
: <br>
6208 BAR, INC. d/b/a PONY TRAIL : <br>
LOUNGE & RANDOLPH FISHER : <br>
& PEGGY FISHER, IND. & AS : <br>
PRINCIPLES OF 6208 BAR, INC., : <br>
d/b/a PONY TRAIL LOUNGE : <br>
        Defendants. :

### CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of Defendant's Answer was made on the 22nd day of August, 2002, by First Class, United States Mail, Postage pre-paid upon:

Alan Gelb, Esq.
204 S. Kings Highway
Cherry Hill, NJ 08034

**ZARWIN, BAUM, DeVITO, KAPLAN, O'DONNELL & SCHAER, P.C.**

**BY:** _____
    **JOHN R. O'DONNELL, ESQ.**
    **Suite 1200 – 1515 Market Street**
    **Philadelphia, PA 19102**
    **(215) 569-2800**
    **Attorneys for Defendants,**
    **Randolph Fisher, Individually**
    **& d/b/a Pony Trail Lounge**