IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 6208 BAR, INC. d/b/a PONY TRAIL LOUNGE; and RANDOLPH FISHER and PEGGY FISHER, Individually and as Principals of 6208 Bar, Inc., d/b/a, Pony Trail Lounge | : | NO: 02-3777 |
| Defendants. | : | |

## O R D ER

AND NOW, this 10th day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, IT IS ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs.

BY THE COURT:

_____
JAN E. DUBOIS, J.